IPP International U.G. Declaration Exhibit A
File Hashes for IP Address 45.17.24.127

**ISP:** AT&T U-verse
**Physical Location:** San Antonio, TX

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 06/08/2019 08:34:54 | CE54419F73BA4A823E44564365DE37DA4D3A71EF | Fifty Shades of Kate |
| 06/23/2018 08:59:46 | 0FB87F5599675915ABC09E579050EE0B98B77BD8 | Straight From Heaven |
| 11/23/2017 05:57:27 | 2F564E00FEEA2BA07AC1D6385F11DD4394BD4682 | Porcelain Doll |
| 08/25/2017 05:11:00 | 0548B753AD0FA9D1F7ED5F18866F2FE919ECE9EA | Pure Gold |
| 07/30/2017 19:15:46 | 4A52F9C3E8F04AF888ABE9B548E20A62F6140851 | Perfect Pussycat |
| 07/15/2017 22:46:49 | 70C12B20DC6B8C9934C971EA2F93DB054D7A8F44 | Sympli Sexy Sybil |
| 01/17/2017 13:45:28 | A0F2CD7E8FA335A913E71708181BF0B4394323D2 | Sex Games |
| 11/15/2016 18:19:08 | 4E3DBEDBDF6BE0E7E27236015263F89A42120F97 | Cum For A Ride |
| 11/15/2016 08:37:29 | FEB60B78C9D9107DE0B1271648E57B0461F8AD35 | Teenage Lust |
| 11/14/2016 22:40:07 | 4E6BC0A0E622C7E8C9CA65DD4246957FD23A9F95 | Sex In The Summertime |
| 11/14/2016 22:38:49 | DD00D4416565DAFC7E8992A02D35B4B7C26146C3 | Pussy Party |
| 11/09/2016 15:11:02 | A05CC8E5B606A739349F339765101324E107D2AC | Luscious Lena |
| 10/18/2016 03:18:43 | 59EC70D6FD6DCA3EC2481823A5B2A4E9C3FB2D36 | Forbidden Fruit |
| 09/20/2016 23:23:47 | 794D4418A14BC9C21C07C97712358AAD81FB275A | Caprice Swaps Cocks |
| 09/03/2016 11:57:36 | D019A71078CA6D89F335CAFCB17BEC6FEB3B89A8 | Superhot Sexting |

**Total Statutory Claims Against Defendant: 15**

EXHIBIT A

WTX52